**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Clarendon American Insurance Company<br>v.<br>Cypress Property Investments LLC, and Cypress Trace Condominium Association, Inc. | Case Number:<br>FILED: JUN 6, 2008<br>08CV3287<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE BROWN<br>RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Cypress Trace Condominium Association, Inc.

| |
|---|
| NAME (Type or print)<br>Christina M. Phillips |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Christina M. Phillips |
| FIRM<br>Childress Duffy Goldblatt, Ltd. |
| STREET ADDRESS<br>515 N. State Street, Ste. 2200 |
| CITY/STATE/ZIP<br>Chicago, IL 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6287091 | TELEPHONE NUMBER<br>312-494-0200 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐