U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
SPECIAL & LIMITED ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number.: 08 CV 03287 |
|---|---|
| CLARENDON AMERICAN INSURANCE COMPANY, | JUDGE KENNELLY<br>MAGISTRATE JUDGE BROWN |
| v. | |
| CYPRESS PROPERTY INVESTMENTS, LLC, and CYPRESS TRACE CONDOMINIUM ASSOCIATION, INC. | |

A SPECIAL & LIMITED APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CLARENDON AMERICAN INSURANCE COMPANY**

| NAME (Type or print) |
|---|
| James J. Sanders |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ James J. Sanders |
| FIRM |
| Leahy, Eisenberg & Fraenkel, Ltd. |
| STREET ADDRESS |
| 33 W. Monroe Street, Suite 1100 |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6290660 | (312) 368-4554 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO X |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
~~RETAINED COUNSEL~~ ☐   ~~APPOINTED COUNSEL~~ ☐   Not Applicable

F:\Case\015501\12924\APPEARANCE-JJS.doc

**CERTIFICATE OF SERVICE**

     I hereby certify that on **July 2, 2008**, I caused to be filed, electronically, the foregoing document with the Clerk of the United States District Court, Northern District of Illinois for the Eastern Division, using the CM/ECF system, which sent a Notice of Electronic Filing to all CM/ECF Registered Participants on **July 2, 2008**.

| | |
|---|---|
| Michael Childress<br>Childress Duffy Goldblatt, Ltd.<br>515 N. State Street, Suite 2200<br>Chicago, IL  60610<br>(312) 494-0200<br>ID Number: 6180488<br>Email:  mchildress@childresslaw.net<br>***Attorney for Cypress Trace Condominium Association, Inc.***<br><br>Edward Eshoo, Jr.<br>Childress Duffy Goldblatt, Ltd.<br>515 N. State Street, Suite 2200<br>Chicago, IL  60610<br>(312) 494-0200<br>ID Number: 6190179<br>Email:  eeshoo@childresslawyers.com<br>Email:  docketclerk@childresslawyers.com<br>***Attorney for Cypress Trace Condominium Association, Inc.***<br><br>Christina M. Phillips<br>Childress Duffy Goldblatt, Ltd.<br>515 N. State Street, Suite 2200<br>Chicago, IL  60610<br>(312) 494-0200<br>ID Number:  6287091<br>Email:  cphillips@cdglawyers.com<br>Email:  docketclerk@cdglawyers.com<br>***Attorney for Cypress Trace Condominium Association, Inc.*** | |

          /s/ Heath Sherman

Heath Sherman
Leahy, Eisenberg & Fraenkel, Ltd.
33 West Monroe Street, Suite 1100
Chicago, IL 60603
Phone: (312) 368-4554
Fax: (312) 368-4562
E-mail: hs@lefltd.com
IL ARDC # 6238084