## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## SPECIAL & LIMITED ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number.: 08 CV 03287 |
|---|---|
| CLARENDON AMERICAN INSURANCE COMPANY, | JUDGE KENNELLY<br>MAGISTRATE JUDGE BROWN |
| v. | |
| CYPRESS PROPERTY INVESTMENTS, LLC, and CYPRESS TRACE CONDOMINIUM ASSOCIATION, INC. | |

A SPECIAL & LIMITED APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CLARENDON AMERICAN INSURANCE COMPANY**

| |
|---|
| NAME (Type or print)<br> Heath Sherman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Heath Sherman |
| FIRM<br>Leahy, Eisenberg & Fraenkel, Ltd. |
| STREET ADDRESS<br>33 W. Monroe Street, Suite 1100 |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6238084 | TELEPHONE NUMBER<br>(312) 368-4554 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X    NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X    NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>~~RETAINED COUNSEL~~ ☐    ~~APPOINTED COUNSEL~~ ☐    Not Applicable | |

F:\Case\015501\12924\APPEARANCE-HS.doc

**CERTIFICATE OF SERVICE**

      I hereby certify that on **July 2, 2008**, I caused to be filed, electronically, the foregoing document with the Clerk of the United States District Court, Northern District of Illinois for the Eastern Division, using the CM/ECF system, which sent a Notice of Electronic Filing to all CM/ECF Registered Participants on **July 2, 2008**.

| | |
|---|---|
| Michael Childress<br>Childress Duffy Goldblatt, Ltd.<br>515 N. State Street, Suite 2200<br>Chicago, IL 60610<br>(312) 494-0200<br>ID Number: 6180488<br>Email: mchildress@childresslaw.net<br>*Attorney for Cypress Trace Condominium Association, Inc.*<br><br>Edward Eshoo, Jr.<br>Childress Duffy Goldblatt, Ltd.<br>515 N. State Street, Suite 2200<br>Chicago, IL 60610<br>(312) 494-0200<br>ID Number: 6190179<br>Email: eeshoo@childresslawyers.com<br>Email: docketclerk@childresslawyers.com<br>*Attorney for Cypress Trace Condominium Association, Inc.*<br><br>Christina M. Phillips<br>Childress Duffy Goldblatt, Ltd.<br>515 N. State Street, Suite 2200<br>Chicago, IL 60610<br>(312) 494-0200<br>ID Number: 6287091<br>Email: cphillips@cdglawyers.com<br>Email: docketclerk@cdglawyers.com<br>*Attorney for Cypress Trace Condominium Association, Inc.* | |

      /s/ Heath Sherman

      Heath Sherman
      Leahy, Eisenberg & Fraenkel, Ltd.
      33 West Monroe Street, Suite 1100
      Chicago, IL 60603
      Phone: (312) 368-4554
      Fax: (312) 368-4562
      E-mail: hs@lefltd.com
      IL ARDC # 6238084