# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## SPECIAL & LIMITED ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>CLARENDON AMERICAN INSURANCE COMPANY,<br><br>v.<br><br>CYPRESS PROPERTY INVESTMENTS, LLC, and CYPRESS TRACE CONDOMINIUM ASSOCIATION, INC. | Case Number.:　08 CV 03287<br><br>JUDGE KENNELLY<br>MAGISTRATE JUDGE BROWN |

A SPECIAL & LIMITED APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CLARENDON AMERICAN INSURANCE COMPANY**

| |
|---|
| NAME (Type or print)<br>Daniel J. Offenbach |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Daniel J. Offenbach |
| FIRM<br>Leahy, Eisenberg & Fraenkel, Ltd. |
| STREET ADDRESS<br>33 W. Monroe Street, Suite 1100 |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6183547 | TELEPHONE NUMBER<br>(312) 368-4554 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?　　YES X　　NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?　　YES　　NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?　　YES　　NO X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?　YES X　NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>~~RETAINED COUNSEL~~ ☐　　~~APPOINTED COUNSEL~~ ☐　　Not Applicable | |

CERTIFICATE OF SERVICE

       I hereby certify that on **July 2, 2008,** I caused to be filed, electronically, the foregoing document with the Clerk of the United States District Court, Northern District of Illinois for the Eastern Division, using the CM/ECF system, which sent a Notice of Electronic Filing to all CM/ECF Registered Participants on **July 2, 2008**.

| | |
|---|---|
| Michael Childress<br>Childress Duffy Goldblatt, Ltd.<br>515 N. State Street, Suite 2200<br>Chicago, IL  60610<br>(312) 494-0200<br>ID Number: 6180488<br>Email:  mchildress@childresslaw.net<br>***Attorney for Cypress Trace Condominium Association, Inc.***<br><br>Edward Eshoo, Jr.<br>Childress Duffy Goldblatt, Ltd.<br>515 N. State Street, Suite 2200<br>Chicago, IL  60610<br>(312) 494-0200<br>ID Number: 6190179<br>Email:  eeshoo@childresslawyers.com<br>Email:  docketclerk@childresslawyers.com<br>***Attorney for Cypress Trace Condominium Association, Inc.***<br><br>Christina M. Phillips<br>Childress Duffy Goldblatt, Ltd.<br>515 N. State Street, Suite 2200<br>Chicago, IL  60610<br>(312) 494-0200<br>ID Number:  6287091<br>Email:  cphillips@cdglawyers.com<br>Email:  docketclerk@cdglawyers.com<br>***Attorney for Cypress Trace Condominium Association, Inc.*** | |

                                                         /s/ Heath Sherman

                                                         Heath Sherman<br>
                                                         Leahy, Eisenberg & Fraenkel, Ltd.<br>
                                                         33 West Monroe Street, Suite 1100<br>
                                                         Chicago, IL 60603<br>
                                                         Phone: (312) 368-4554<br>
                                                         Fax: (312) 368-4562<br>
                                                         E-mail: hs@lefltd.com<br>
                                                         IL ARDC # 6238084