# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3287 | **DATE** | 7/3/2008 |
| **CASE TITLE** | Clarendon Amer. Ins. Co. vs. Cypress Prop. Investments, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff is advised that its motion to remand must be noticed for presentment in open court as required by Local Rule 5.3(b). The Court will strike the motion unless it is noticed for presentment on a date no later than 7/16/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|