IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLARENDON AMERICAN INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | CASE NUMBER: 08 CV 03287 |
| vs. ) ) | ASSIGNED JUDGE: Matthew F. Kennelly |
| CYPRESS PROPERTY INVESTMENTS, LLC, and CYPRESS TRACE CONDOMINIUM ASSOCIATION, INC., ) ) ) ) | DESIGNATED MAGISTRATE JUDGE: Geraldine Soat Brown |
| Defendants. ) | |

### NOTICE OF PRESENTMENT

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **July 16, 2008** at **9:30 a.m,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Matthew F. Kennelly in courtroom 2106, at the Everette McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present Plaintiff's *Petition to Remand*.

By:   s/ Heath Sherman
            Heath Sherman

### CERTIFICATE OF SERVICE

I hereby certify that on **July 3, 2008**, I caused to be filed, electronically, the aforementioned document with the Clerk of the United States District Court, Northern District of Illinois for the Eastern Division, using the CM/ECF system, which sent a Notice of Electronic Filing to all CM/ECF Registered Participants on **July 3, 2008**.

| | |
|---|---|
| Michael Childress<br>Childress Duffy Goldblatt, Ltd.<br>515 N. State Street, Suite 2200<br>Chicago, IL  60610<br>(312) 494-0200<br>ID Number: 6180488<br>Email:  mchildress@childresslaw.net<br>***Attorney for Cypress Trace Condominium Association, Inc.*** | |

| | |
|---|---|
| Edward Eshoo, Jr.<br>Childress Duffy Goldblatt, Ltd.<br>515 N. State Street, Suite 2200<br>Chicago, IL  60610<br>(312) 494-0200<br>ID Number: 6190179<br>Email: eeshoo@childresslawyers.com<br>Email: docketclerk@childresslawyers.com<br>***Attorney for Cypress Trace Condominium Association, Inc.***<br><br>Christina M. Phillips<br>Childress Duffy Goldblatt, Ltd.<br>515 N. State Street, Suite 2200<br>Chicago, IL  60610<br>(312) 494-0200<br>ID Number:  6287091<br>Email: cphillips@cdglawyers.com<br>Email: docketclerk@cdglawyers.com<br>***Attorney for Cypress Trace Condominium Association, Inc.*** | |

/s/ Heath Sherman
Heath Sherman
Leahy, Eisenberg & Fraenkel, Ltd.
33 West Monroe Street, Suite 1100
Chicago, IL 60603
Phone: (312) 368-4554
Fax: (312) 368-4562
E-mail: hs@lefltd.com
IL ARDC # 6238084

F:\Case\015501\12924\NOTICE OF PRESENTMENT.doc