## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3287 | **DATE** | 7/7/2008 |
| **CASE TITLE** | Clarendon Amer. Ins. Co. vs. Cypress Prop. Inv., LLC, et al. | | |

**DOCKET ENTRY TEXT**

The notice of removal in this case fails to identify the state of incorporation of the plaintiff as well as the citizenship of defendant Cypress Property Investments LLC, *see generally Mutual Assignment & Indemnification Co. v. Lind-Waldock & Co., LLC,* 364 F.3d 858, 861 (7th Cir. 2004); *Cosgrove v. Bartolotta,* 150 F.3d 729, 731 (7th Cir. 1998), or some basis why that entity's citizenship should be disregarded for jurisdiction al purposes because it has been dissolved. Unless the removing defendant files an amended notice of removal by 7/18/08 resolving these defects, the Court will remand the case to state court.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|