IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLARENDON AMERICAN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 CV 3287 |
| v. | ) ) ) | |
| CYPRESS PROPERTY INVESTMENTS LLC, and CYPRESS TRACE CONDOMINIUM ASSOCIATION, INC., | ) ) ) ) | |
| Defendant. | ) | |

**AMENDED NOTICE OF REMOVAL
OF ACTION UNDER 28 U.S.C. § 1441 (DIVERSITY)**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants, Cypress Property Investments, LLC and Cypress Trace Condominium Association, Inc. ("Cypress"), hereby removes to this Court the state court action described below:

1. On April 25, 2008, Plaintiffs, Clarendon American Insurance Company ("Clarendon"), filed an action in the Circuit Court of Cook County, Illinois, County Department, Law Division, under Case No. 2008-CH-15420, against Cypress. (*See* Clarendon's Complaint, Exhibit A to Docket No. 1).

2. On May 8, 2008, Cypress was served with Clarendon's Complaint.

3. The original Notice of Removal was timely filed under 28 U.S.C. §§ 1441 and 1446, as it was filed within thirty (30) days after Cypress' receipt of Clarendon's Complaint on May 8, 2008.

4.   On July 7, 2008, this Court entered an Order requiring Defendants to file an amended notice of removal by July 18, 2008.  (*See* Doc. No. 13).  Defendants Amended Notice of Removal was timely before July 18, 2008.

5.   This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court by Cypress pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6.   At the time the Complaint was filed, and at all times subsequent thereto, Clarendon was and is an insurance company, incorporated in New Jersey with its principal place of business in New Jersey.

7.   At the time the Complaint was filed, and at all times subsequent thereto, Cypress Trace Condominium Association, Inc., was and is a Florida corporation with its principle place of business in Coral Springs, Florida.

8.   Cypress Trace Condominium Association, Inc. is the real and substantial party to this dispute.  Cypress Trace Condominium Association, Inc. was the named insured under the policy, by virtue of a Declarations Amendment Endorsement issued on April 17, 2006, with an effective date of August 31, 2005.  (*See* Ex. A to Doc. No. 1).  Accordingly, it is the citizenship of Cypress Trace Condominium Association, Inc. that should control, not the citizenship of the Cypress Property Investment, LLC.

9.   However, even if the citizenship of Cypress Property Investment, LLC is relevant for purposes of determining whether diversity of citizenship exists, Cypress Property Investment, LLC was a Florida limited liability corporation.  At the time the Complaint was filed, Cypress Property Investment, LLC was dissolved.

10. Based upon information provided by the Florida Department of State, Division of Corporations, Cypress Property Investment, LLC filed its Articles of Organization on August 11, 2004. A copy of which is attached as Exhibit A. According to the Articles of Organization the members of Cypress Property Investment, LLC were: Andres Perez, 2850 Douglas Road, Suite PH-4, Coral Gables, Florida 33134; and Hector Hernandez, 2850 Douglas Road, Suite PH-4, Coral Gables, Florida 33134.

11. On March 9, 2005, Cypress Property Investments, LLC filed a 2005 Limited Liability Company Annual Report which identified Andres Perez, 2850 Douglas Road, Suite PH-4, Coral Gables, Florida 33134 as the managing member. A copy of which is attached as Exhibit B. No subsequent annual reports were filed which resulted in the limited liability company's dissolution.

WHEREFORE, Defendants, Cypress Property Investments, LLC and Cypress Trace Condominium Association, Inc., pray that the above-entitled cause, currently pending in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, be removed therefrom to the United States District Court of the Northern District of Illinois and that this cause proceed in this Court as an action properly removed thereto.

Date:  July 14, 2008.

                              Respectfully submitted,

                              **s/Edward Eshoo, Jr.**
                              _____
                              Edward Eshoo, Jr.
                              Michael Childress
                              Christina M. Phillips
                              Childress Duffy Goldblatt, Ltd.
                              515 North State Street, Suite 2200
                              Chicago, Illinois 60610
                              (312) 494-0200
                              Attorneys for Defendant
                              Cypress Trace Condominium Association, Inc.

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record pursuant to ECF as to Filing Users on July 14, 2008.

Heath Sherman
Leahy Eisenberg & Frankel, Ltd.
33 W. Monroe Street, Suite 1100
Chicago, Illinois 60601

                              **s/Edward Eshoo, Jr.**
                              _____

AUG-11-04 WED 03:54 PM LAZARUS CORPORATION FAX:3052201440 PAGE 1

L04000059555

## Florida Department of State
Division of Corporations
Public Access System

Electronic Filing Cover Sheet

Note: Please print this page and use it as a cover sheet. Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H04000165336 3)))

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

To:
    Division of Corporations
    Fax Number    : (850)205-0383

From:
    Account Name   : LAZARUS CORPORATE FILING SERVICE, INC.
    Account Number : I20000000019
    Phone          : (305)552-5973
    Fax Number     : (305)220-1440

RECEIVED 04 AUG 11 PM 3:53 DIVISION OF CORPORATION

FILED 2004 AUG 11 AM 9:56 DIVISION OF CORPORATIONS TALLAHASSEE, FLORIDA

# LIMITED LIABILITY COMPANY

## CYPRESS PROPERTY INVESTMENTS, LLC

| Certificate of Status | 0 |
| Certified Copy | 1 |
| Page Count | 05 |
| Estimated Charge | $155.00 |

Electronic Filing Menu    Corporate Filing    Public Access Help

https://efile.sunbiz.org/scripts/efilcovr.exe        J. BRYAN AUG 1 2 2004        8/11/04

AUG-11-04 WED 03:54 PM    LAZARUS CORPORATION    FAX:3052201440

H04000185336

## ARTICLES OF ORGANIZATION
## OF
## CYPRESS PROPERTY INVESTMENTS, LLC
### a Florida limited liability company

Pursuant to the provisions of Section 608.411, Florida Statutes, this Florida profit limited liability company adopts the following Articles of Organization:

### ARTICLE I.

The name of the limited liability company is **CYPRESS PROPERTY INVESTMENTS, LLC**

### ARTICLE II.

The period of existence of the limited liability company shall be perpetual, commencing on the date the original Articles were filed.

### ARTICLE III.

The mailing address and street address of the principal office of this limited liability company are:

| Street Address | Mailing Address |
| --- | --- |
| 2850 Douglas Road | 2850 Douglas Road |
| Suite PH-4 | Suite PH-4 |
| Coral Gables, Florida 33134 | Coral Gables, Florida 33134 |

### ARTICLE IV.

The name and address of the registered agent is:

| Registered Agent | Address of Registered Office |
| --- | --- |
| Kevin L. Deeb, Esquire | 2350 Coral Way<br>Suite 401<br>Miami, Florida 33145-3536 |

### ARTICLE V.

The Operating Agreement of the limited liability company (hereinafter the "Company") contains provisions regarding:

H04000185336

AUG-11-04 WED 03:54 PM    LAZARUS CORPORATION    FAX:3052201440    PAGE 3

# H04000165336

1. The nature of the business to be transacted or the purposes to be promoted or carried out by the Company, which shall be to own, operate, manage, develop, mortgage, lease, sell and to otherwise undertake such activities as are determined by the Company with respect to the following property known as "Cypress Springs":

>3002 Coral Ridge Drive
>Coral Springs, Florida 33065

and the personal property of the Company which is located therein or is used in connection therewith, and all business of the Company relating thereto, and for no other purpose whatsoever.

2. The rights of the members to admit additional members and the terms and conditions of the admissions.

3. The rights of the remaining members of this Company to continue the business of this Company on the death, retirement, resignation, expulsion, bankruptcy or dissolution of a member, and any other event which may terminate the continued membership in this Company.

## ARTICLE VI.

The management of the Company is to be reserved to a Member, more specifically, Andres Perez, having an address at 2850 Douglas Road, Suite PH-4, Coral Gables, Florida 33134 (the "Managing Member").

## ARTICLE V.

The names and street addresses of the current Members are (hereinafter the "Members"):

| Name | Street Address |
| --- | --- |
| Andres Perez | 2850 Douglas Road, Suite PH-4, Coral Gables, Florida 33134 |
| Hector Hernandez | 2850 Douglas Road, Suite PH-4, Coral Gables, Florida 33134 |

H04000165336

AUG-11-04 WED 03:55 PM    LAZARUS CORPORATION        FAX:3052201440            PAGE  4

H04000155336

### ARTICLE VIII.

The Interests of the current Members shall be evidenced by Certificates, which shall be issued by the corporation reflecting the percentage interest held by the Members.

### ARTICLE IX.

The Operating Agreement between the Managing Member and the Company shall be adopted by the Members. Thereafter, the power to alter, amend, or repeal the Operating Agreement shall be vested in the Members of the Company in the manner set forth in the Operating Agreement; provided, however, that the consent of the Managing Member shall be required before any amendment, alteration or repeal of the Operating Agreement.

IN WITNESS WHEREOF, the undersigned has executed these Articles or Organization this 9th day of August, 2004, at Miami, Florida.

_____
Kevin L. Deeb, as authorized representative

H04000155336

AUG-11-04 WED 03:55 PM    LAZARUS CORPORATION    FAX:3052201440    PAGE 5

H04000165336

# CERTIFICATE OF ACCEPTANCE AS REGISTERED AGENT
## OF
## CYPRESS PROPERTY INVESTMENTS, LLC

*FILED 2004 AUG 11 AM 9:56 DIVISION OF CORPORATIONS TALLAHASSEE, FLORIDA*

Pursuant to Chapter 608 of the Florida Limited Liability Company Act, the following is submitted in compliance with said Act:

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, F.S.*

Dated this 9th day of August, 2004.

Kevin L. Deeb, Esquire
Registered Agent's Signature

H04000165336

# 2005 LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L04000059555

**FILED**
**Mar 09, 2005**
**Secretary of State**

**Entity Name:** CYPRESS PROPERTY INVESTMENTS, LLC

**Current Principal Place of Business:**

2850 DOUGLAS ROAD, STE. PH-4
CORAL GABLES, FL 33134

**New Principal Place of Business:**

**Current Mailing Address:**

2850 DOUGLAS ROAD, STE. PH-4
CORAL GABLES, FL 33134

**New Mailing Address:**

FEI Number: 20-1481485   FEI Number Applied For ( )   FEI Number Not Applicable ( )   Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

DEEB, KEVIN L ESQ
2350 CORAL WAY, STE. 401
MIAMI, FL 331453536 US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                                    Date

**MANAGING MEMBERS/MEMBERS:**

Title:        MGRM      ( ) Delete
Name:       PEREZ, ANDRES
Address:    2850 DOUGLAS ROAD, STE. PH-4
City-St-Zip: CORAL GABLES, FL 33134

**ADDITIONS/CHANGES:**

Title:                    ( ) Change ( ) Addition
Name:
Address:
City-St-Zip:

I hereby certify that the information supplied with this filing does not qualify for the for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

SIGNATURE: ANDRES PEREZ                                    MGRM                    03/09/2005
Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date