| | | | | |
|---|---|---|---|---|
| 212? | - Served | 2121 | - Served | |
| 2220 | - Not Served | 2221 | - Not Served | |
| 2320 | - Served By Mail | 2321 | - Served By Mail | |
| 2420 | - Served By Publication | 2421 | - Served By Publication | |
| **SUMMONS** | | **ALIAS - SUMMONS** | | (Rev. 12/3/01) CCG 0001 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, CHANCERY DIVISION

CLARENDON AMERICA INSURANCE COMPANY,

      Plaintiff,

      v.

CYPRESS PROPERTY INVESTMENTS, LLC., and CYPRESS TRACE CONDOMINIUM ASSOCIATION, INC.

      Defendants,

No. **08 CH 15420**

### SUMMONS

To each defendant:    CYPRESS PROPERTY INVESTMENTS, LLC
                               Registered Agent: Kevin L. Deeb, Esq.
                               2350 Coral Way, Suite 401
                               Miami, Florida 33145-3536

**YOU ARE SUMMONED** and required to file an answer to the complaint in this case, a copy of which is attached, or otherwise file your appearance, and pay the required fee, in the office of the Clerk of this Court at the following location:

☒ Richard J. Daley Center, 50 W. Washington, Room __802__, Chicago, IL 60602

☐ District 2 – Skokie
    5600 Old Orchard Rd.
    Skokie, IL 60077

☐ District 3 – Rolling Meadows
    2121 Euclid
    Rolling Meadows, IL 60008

☐ District 4 – Maywood
    1500 Maybrook Ave.
    Maywood, IL 60153

☐ District 5 – Bridgeview
    10220 S. 76th Ave.
    Bridgeview, IL 60455

☐ District 6 – Markham
    16501 S. Kedzie Pkwy.
    Markham, IL 60426

You must file within 30 days after service of this summons, not counting the date of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT

To the officer:

     This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

| 2120 | - | Served | 2121 | - | Served |
| 2220 | - | Not Served | 2221 | - | Not Served |
| 2320 | - | Served By Mail | 2321 | - | Served By Mail |
| 2420 | - | Served By Publication | 2421 | - | Served By Publication |

**SUMMONS**　　　　　　　　　　　　　　　　**ALIAS - SUMMONS**　　　　　(Rev. 12/3/01) CCG 0001

WITNESS, APR 25 2008

Atty No.: 45875
Leahy, Eisenberg & Fraenkel, Ltd.
Atty. For: Plaintiff
33 W. Monroe St., Suite 1100
Chicago, Illinois 60603
(312) 368-4554

*Dorothy Brown*
Clerk of Court

Date of Service: _____,
(To be inserted by officer on copy left with defendant
or other person)

~~Service by Facsimile Transmission will be accepted at:~~

F:\Case\015501\12924\SUMMONS.CHANCERY - DEEB.doc

(Area Code)　(Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

952328
1814660