IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLARENDON AMERICAN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) | CASE NUMBER:  08 CV 03287 |
| | ) | |
| vs. | ) | ASSIGNED JUDGE:  Matthew F. Kennelly |
| | ) | |
| CYPRESS PROPERTY INVESTMENTS, LLC, and CYPRESS TRACE CONDOMINIUM ASSOCIATION, INC., | ) ) ) | DESIGNATED MAGISTRATE JUDGE:             Geraldine Soat Brown |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:    See Attached Service List

**PLEASE TAKE NOTICE** that on **July 17, 2008** I electronically filed the foregoing **Return of Service of Summons and Complaint on Defendant, Cypress Property Investments, LLC.,** with the Clerk of the United States District Court, Northern District of Illinois for the Eastern Division, using the CM/ECF system, that I have served all CM/ECF Registered Participants as reflected on the Notice of Electronic Filing on **July 17, 2008**.

By:    s/ Heath Sherman
       Heath Sherman

One of the Attorneys for Plaintiff,
CLARENDON AMERICAN INSURANCE
COMPANY

LEAHY, EISENBERG & FRAENKEL, LTD.
33 W. Monroe Street, Suite 1100
Chicago, Illinois  60603-5317
ARDC No.:   6238084
E-Mail:  hs@lefltd.com

F:\Case\015501\12924\NOF-FEDERAL-02.doc

## SERVICE LIST

Michael Childress
Childress Duffy Goldblatt, Ltd.
515 N. State Street, Suite 2200
Chicago, IL  60610
(312) 494-0200
ID Number: 6180488
Email:  mchildress@childresslaw.net
*Attorney for Cypress Trace Condominium Association, Inc.*

Edward Eshoo, Jr.
Childress Duffy Goldblatt, Ltd.
515 N. State Street, Suite 2200
Chicago, IL  60610
(312) 494-0200
ID Number: 6190179
Email:  eeshoo@childresslawyers.com
Email:  docketclerk@childresslawyers.com
*Attorney for Cypress Trace Condominium Association, Inc.*

Christina M. Phillips
Childress Duffy Goldblatt, Ltd.
515 N. State Street, Suite 2200
Chicago, IL  60610
(312) 494-0200
ID Number:  6287091
Email:  cphillips@cdglawyers.com
Email:  docketclerk@cdglawyers.com
*Attorney for Cypress Trace Condominium Association, Inc.*