# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3287 | **DATE** | 7/16/2008 |
| **CASE TITLE** | Clarendon vs. Cypress Property | | |

**DOCKET ENTRY TEXT**

Court has determined that diversity of citizenship exists. Response to motion for remand is due by 8/13/2008. Ruling is set for 9/17/2008 at 9:30 AM.   Status hearing set for 8/7/2008 is to stand.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|